96 P.3d 612

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Rigaud | 25443 | 08/02/2004 | Affirmed |
| State v. Driessen | 25748 | 08/09/2004 | Affirmed |
| State v. Meyer | 25436 | 08/10/2004 | Affirmed |
| Feinberg v. Butler | 25255 | 08/12/2004 | Remanded |
| State v. Misuraca | 25426 | 08/13/2004 | Affirmed |
| Bews v. West | 25454 | 08/19/2004 | Affirmed |
| State v. Ngum | 25232 | 08/25/2004 | Affirmed |
| State v. Otsuka | 25675 | 08/25/2004 | Affirmed |